COLE, Circuit Judge,
concurring.
I agree that United States v. Hammond, 712 F.3d 333 (6th Cir.2013), requires us to affirm in this case. I write separately, however, to note my view that Hammond does not foreclose all retroactive applications of the Fair Sentencing Act in § 3582(c)(2) proceedings. See United States v. John Doe, No. xx-xxxx (6th Cir. filed Aug. 27, 2013) (Cole, J., concurring in part and concurring in the judgment). It only does so for the particular class of crack offenders sentenced to mandatory minimum terms prior to the Act’s effective date. Hammond, 712 F.3d at 335-36. Unfortunately, that is the class to which Bell belongs.